DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GLORIA SMITH,**
Appellant,

v.

**ESTATE OF THEDESSA SMITH,**
Appellee.

No. 4D22-719

[October 6, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Charles M. Greene, Judge; L.T. Case No. PRC 140001227.

Gloria Smith, Miami Gardens, pro se.

Ryan Tables of Tables Law Group, P.A., Hollywood, and Vernita C. Williams of V C W Law, P.A., Miami Lakes, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***